UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  Chapter 13
Case No. 15-17092-LMI

Iris Chavez

    Debtor.                              /

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    Samantha Carr, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Wells Fargo Bank, National Association, as Trustee for Lehman ABS Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1.  The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

    For reference, the property address associated with the undersigned representation is

    5731 West 21st Avenue, Hialeah, FL 33016


                /s/Samantha Carr_____
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 3rd day of June, 2015.

Iris Chavez, 5731 West 21st Avenue, Hialeah, FL 33016
Robert Sanchez, Esq., 355 West 49th Street, Hialeah, FL 33012
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

    /s/Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

14-277210