UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Iris Chavez                                          Case No. 15-17092-LMI
                                                            Chapter 13

　　　　　　　　Debtor　　　　/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Iris Chavez, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 20, 2015 the instant case was filed.

2. On July 15, 2015 debtor's first amended chapter 13 plan was confirmed.

3. On November 20, 2015 the Mediator filed his Final Report of MMM stating that an agreement was not reached.

4. The governmental bar date was October 19, 2015.

5. The debtor desires to Modify her plan in order to cure and maintain her homestead property and pay a reduced amount to the allowed timely filed claim of the sole general unsecured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 10th day of December 2015: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161