UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Iris Chavez                                         Case No. 15-17092-LMI
                                                           Chapter 13
_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Iris Chavez, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 20, 2015 the instant case was filed.

2. On July 15, 2015 debtor's first amended chapter 13 plan was confirmed.

3. On April 8, 2016 Secured Creditor Wells Fargo filed a Notice of Mortgage Payment Change reducing the regular payments on claim 3 paid through the plan.

4. The Debtor is curing and maintaining her homestead with said secured creditor in her chapter 13 plan.

5. The debtor desires to Modify her plan in order to provide for the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's THIRD Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 14th day of April 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161