UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                      CASE NO.: 15-17092-LMI

IRIS CHAVEZ                                                                       CHAPTER: 13
 *aka* IRIS MACINEIRA

       Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **Wells Fargo Bank, National Association, as Trustee for Lehman ABS Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1,** and hereby enters its *Notice of Appearance* in the above-styled action.  In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 5731 W. 21st Avenue Hialeah, Florida 33016

- Last Four Digits of Loan Number: 4979

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

                                                                               /s/      *Jeffrey S. Fraser, Esq.*
                                                                              Jeffrey S. Fraser, Esq.
                                                                              FBN 85894
                                                                              813-221-4743 ext. 2499

                                                                              **Albertelli Law**
                                                                              Attorney for Secured Creditor
                                                                              PO Box 23028
                                                                              Tampa, FL 33623
                                                                              Facsimile: (813) 221-9171
                                                                              bkfl@albertellilaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2016, I served a copy of the foregoing upon:

**SERVICE LIST**

Iris Chavez
5731 W 21st Avenue
Hialeah, FL 33016-2638

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/    *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com