# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FOURTH modified plan

DEBTOR: Iris Chavez           JOINT DEBTOR: _____          CASE NO.: 15-17092-LMI
Last Four Digits of SS# 5402         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 1,403.97   for months  1 to  11 ;
  B.   $ 1,681.48   for months  12 to  60     ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 + $2500 (MMM) + $525 (Mtn Mod) + $525 (Mtn to Mod) =
                    7,200 TOTAL PAID $ 1500  Balance Due $ 5,700
                              payable $ 100.54            /month (Months  1 to  11)
                              payable $ 99.87             /month (Months  12 to  57)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Nationstar Mortgage LLC  [Claim 3-1]
   Address: 350 Highland Drive
   Lewisville, TX 75067
   Account No: xxxx4979             Total Arrearage      $ 23,689.01
                                     Arrearage Payment    $ 199.78 / month (Months 1 to 11)
                                     Arrearage Payment    $ 438.60 / month (Months 12 to 60)
                                     Regular Payment      $ 908.50 / month (Months 1 to 11)
                                     Regular Payment      $ 956.60 / month (Months 12 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service [Claim 2-1]       Total Due  $ 959.63
P.O. BOX 7346                                 Payable $ 8.10    /month (Months 1       to  11   )
Philadelphia, PA 19101-7346                   Payable $ 17.77   /month (Months 12      to  60   )

Unsecured Creditors: Pay $ 0.00/month (Months 1 to  11); Pay $ 0.49     /month (Months 12 to  57); and Pay $ 100.36  /month (Months 58 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. "The debtor has filed a Verified Motion for Referral to MMM with Nationstar Mortgage LLC ("Lender"), loan number xxxx4979, for real property located at 5731 West 21 Avenue, Hialeah, FL 33016. The Debtor is now curing and maintaining the homestead of 5731 West 21 Avenue, Hialeah, FL 33016 secured with Nationstar Mortgage LLC [Claim#3-1] after not reaching an agreement in the court's MMM process. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a **100%** payment of all allowed unsecured claims.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/ Robert Sanchez, Esq.                         _____
Attorney for Debtor                                   Joint Debtor
Date: 06/10/2016                                      Date: _____
LF-31 (rev. 01/08/10)