UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Iris Chavez

Case No: 15-17092-LMI
Chapter 13

Debtor(s)           /

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Debtor, Iris Chavez  , files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: **Nationstar Mortgage, LLC / Wells Fargo, N.A.**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3-1 | **xxxxx4979** | $23,689.01 | $23,689.01 | $23,689.01 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee and directly by Debtors along with the arrearage and any post-petition mortgage fees, expenses and charges paid through the confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a

supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy K. Neidich, PO Box 279806, Miramar, FL 33027 and via regular mail to all parties on the service list on April 29, 2020.

Nationstar Mortgage, LLC
350 Highland Dr
Lewisville, TX 75067

Wells Fargo Bank National Association
NATIONSTAR MORTGAGE, LLC
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261

Albertelli Law
c/o Jeffrey S. Fraser, Esq.
PO Box 23028
Tampa, FL 33623

WEINSTEIN & RILEY, P.S.
c/o Elizabeth A. Smith, Rep.
2001 Western Avenue, Ste. 400
Seattle, WA 98121

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN# 0442161